"original"

**Appellate Docket Number:** 05-18-00567-CV

**Appellate Case Style:** DARLene C Balistreri-Amrhein

Vs. Attorney Lennie Bollinger, et al
21 Appellees

**Companion Case(s):** 006-02654-2017 + 0050 2654

FILED IN
Court of Appeals
JUN 0 1 2018
Lisa Matz
Clerk, 5th District

Amended/Corrected Statement

# DOCKETING STATEMENT (Civil)

Appellate Court:    Select

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

| I. Appellant | II. Appellant Attorney(s) – Continued |
|---|---|
| Person    Organization | Lead Attorney        Select |
| Name: Darlene C Balestreri Amrhein | Name: None |
| (Pro Se) | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm Name: |
| Address: 112 Winsley Circle | Address 1: |
| City/State/Zip: McKinney, Tx 75071 | Address 2: |
| Tel. 972-547-Ext 9448 Fax: none | City/State/Zip: |
| Email: None As no computer | Tel.        Ext.        Fax: |
| **II. Appellant Attorney(s)** | Email: |
| Lead Attorney        Select | Lead Attorney        Select |
| Name: | Name: |
| Bar No. None | Bar No. None |
| Firm Name: | Firm Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.      Ext.      Fax: | Tel.      Ext.      Fax: |
| Email: | Email: |
| Lead Attorney        Select | Lead Attorney        Select |
| Name: | Name: |
| Bar No. None | Bar No. None |
| Firm Name: | Firm Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.      Ext.      Fax: | Tel.      Ext.      Fax: |
| Email: | Email: |

## III. Appellee

Person ☐ Organization ☐

Name: Attorney Lennie Bollinger et al

Pro Se

*If Pro Se Party, enter the following information:*

Address:

City/State/Zip:

Tel.      Ext.      Fax:

Email:

## IV. Appellee Attorney(s)

Lead Attorney ☐      Select ☐

Name: Cobb Martinez Woodland

Bar No. 24003790

Firm Name: CARRIE Phaneuf.

Address 1: 1700 Pacific Ave #3100

Address 2:

City/State/Zip: Dallas, TX 75201

Tel. 214-220-5200   Ext.   Fax: 214-220-5299

Email: cphaneuf@cobbmartinez.com

Lead Attorney ☐      Select ☐

Name: Katherine Elrich

Bar No. 24007158

Firm Name: Cobb, Martinez, Woodland

Address 1: 1700 Pacific Ave PhC.

Address 2: # 3100 Dallas TX

City/State/Zip: 75201

Tel. 214-220-5237   Ext.   Fax: 214-220-5287

Email: Kelrich@cobbmartinez.com

## IV. Appellee Attorney(s) - Continued

Lead Attorney ☐      Select ☐

Name:

Bar No.

Firm Name:

Address 1: unknown

Address 2:

City/State/Zip:

Tel.      Ext.      Fax:

Email:

---

Lead Attorney ☐      Select ☐

Name:

Bar No.

Firm Name: unkown

Address 1:

Address 2:

City/State/Zip:

Tel.      Ext.      Fax:

Email:

---

Lead Attorney ☐      Select ☐

Name: Jennifer Smiley

Bar No. 24082004

Firm Name: Cobb, Martinez & Woodland

Address 1: 1700 Pacific Ave #3100

Address 2: Dallas, TX 75201

Tel. (214) 220-5200   Ext.   Fax: (214) 220-5299

Email: jsmiley@cobbmartinez.com

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Select *Legal Malpractice, False Orders & Fraud Conspiracy etc*

Date Order or Judgment signed: *May 14, 2018* Type of Judgment: Select *Fraud*

Date Notice of Appeal filed in Trial Court: *May 15, 2018*

   If mailed to the Trial Court clerk, also give the date mailed: *Courier*

Interlocutory appeal of appealable order:      Yes      No *Writ of Mandamus filed May 25, 30/18*

   If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated Appeal (See TRAP 28):      Yes      (No)

   If yes, please specify statutory or other basis on which appeal is accelerated:
   *Writ of Mandamus & Medical Stay Incapacity.*

Parental Termination or Child Protection? (See TRAP 28.4):      Yes      No

Permissive? (See TRAP 28.3):      Yes      No      *N/A*

   If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2):      Yes      (No)

   If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule?      Yes      (No)

   If yes, please specify statutory or other basis for such status:
   *First Ruling on Writ of Mandamus*

Does this case involve an amount under $100,000?      Yes      (No)

Judgment or Order disposes of all parties and issues?      Yes      (No)

Appeal from final judgment?      (Yes)      No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?      (Yes)      No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:      Yes      (No)      If yes, date filed: *No jurisdiction*

Motion to Modify Judgment:      Yes      (No)      If yes, date filed: *Void judgement*

Request for Findings of Fact and Conclusions of Law:      *Not enforceable*

                    Yes      No      If yes, date filed:

Motion to Reinstate:      Yes      No      If yes, date filed: *Fraud & Conspiracy*

Motion under TRCP 306a:      Yes      No      If yes, date filed: *Refuse service of*

Other:      Yes      No      *all Defendants & Self*

   If Other, please specify: *Recused & Disqualified by Law.*

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court? (Yes) No

If yes, date filed: *about May 20, 2018*

Was a Motion Challenging the Statement filed in the trial court? Yes (No)

If yes, date filed:

Was there any hearing on appellant's ability to afford court costs? Yes (No)

Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145? Yes No

Date of Order: *May 14, 2018 Signature in question – no match,*

If yes, trial court finding: Challenge Sustained Overruled *Order unsupported & to extort money.*

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

Yes (No)

If yes, please attach a copy of the petition.

Date bankruptcy filed: *N/A*

Bankruptcy Case Number: *N/A*

## IX. Trial Court and Record

Court *County Court at Law No 6*

County: *Collin*

Trial Court Docket No. (Cause No.):
*006-02654-2017*

Trial Court Judge (who tried or disposed of the case):

Name: *Judge Jay Bender*

Address 1: *2100 Bloomdale Rd*

Address 2: *#303*

City/State/Zip: *McKinney, TX 75071*

Tel.      Ext.      Fax:

Email:

**Clerk's Record**

Trial Court Clerk: District County

Was Clerk's record requested? (Yes) No

If yes, date requested: *May 15, 2018?*

If no, date it will be requested:

Were payment arrangements made with clerk?

Yes    No    (Indigent) *filed affidavit*

(Note: No request required under TRAP 34.5(a),(b).)

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record? (Yes) No _Hearings April 5, 2018 & prior_

Was Reporter's Record requested? (Yes) No

    If yes, date requested: _May 15, 2018_

    If no, date it will be requested:

Was the Reporter's Record electronically recorded? Yes (No)

Were payment arrangements made with the court reporter/court recorder? Yes No (Indigent) _Filed affidavit_

| Court Reporter<br>Official | Court Recorder<br>Substitute | Court Reporter<br>Official | Court Recorder<br>Substitute |
|---|---|---|---|
| Name: _unknown_ | | Name: | |
| Address 1: _Sent to Court Clerk_ | | Address 1: | |
| Address 2: | | Address 2: | |
| City/State/Zip: | | City/State/Zip: | |
| Tel.    Ext.    Fax: | | Tel.    Ext.    Fax: | |
| Email: | | Email: | |

## X. Supersedeas Bond

Supersedeas bond filed? Yes (No)

    If yes, date filed:

    If no, will file? Yes (No) _Indigent_

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? (Yes) No

    If yes, briefly state the basis for your request:
_Plaintiff has been injured by conspiracy & cover up._
_Costs to file, Paper ink, Postage & based on fraud._

## XII. Alternative Dispute Resolution/Mediation
**(Complete section if filing in the 1st, 2nd, 5th, 6th, 8th, 10th, 13th, or 14th Court of Appeals.)**

Should this appeal be referred to mediation? Yes (No)

If no, please specify: *incapacitated - Medical Stay required!*

Has this case been through an ADR procedure? Yes (No)

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR? Pre-Trial    Post-Trial    Other

If other, please specify:

Type of Case?  Select

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

*No jurisdiction, bias, prejudice, discrimination, disabled, ill; 3 surgeries, 5 medical letters, 3 different surgeons, collusion conspiracy; taint with federal court*

How was the case disposed of? *extortion for money, harassment, civil liberties*

*Dismiss Order*

Summary of relief granted, including amount of money judgment, and if any, damages awarded. *No due process + Constitution Rights, etc;*

If money judgment, what was the amount? Actual damages: *costs + $160,000 plus*

Punitive (or similar) damages:

Attorney's fees (trial): *$160,000 plus*

Attorney's fees (appellate):

Other: *personal injuries, conspiracy harms frauds, obstruction of justice Plaintiff's costs, fraud upon courts*

If other, please specify:

Will you challenge this Court's jurisdiction? (Yes)    No

Does judgment have language that one or more parties "take nothing"? (Yes)    No

Does judgment have a Mother Hubbard clause? Yes    No *? Term not used by disposer of all issues in lawsuit*

Other basis for finality:

*Prevent service of process of self, attorneys + other judges in conspiracy, collusion + corruption with no jurisdiction to cover obstruction of justice, fraud upon courts + cause silence on all merits to privilege attorneys & judges against laws, rules & civil liberties & constitution of rights*

## XII. Alternative Dispute Resolution/Mediation - Continued
### (Complete section if filing in the 1st, 2nd, (5th,) 6th, 8th, 10th, 13th, or 14th Court of Appeals.)

Rate the complexity of the case (use 1 for least and 5 for most complex):   1   2   3   4   (5)

Please make my answer to the preceding questions known to other parties in this case?   Yes   (No)

Can the parties agree on an appellate mediator?   Yes   No   *Unknown at this time*

If yes, please give the name, address, telephone, fax, and email address:

Name:

Address:

Telephone:                    Ext.

Fax:

Email:

Languages other than English in which the mediator should be proficient: *English*

Name of the person filling out mediation section of docketing statement:

*Darlene C. Balestreri-Amshein*

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court *5th Circuit (Defendants)*   Docket: *Number Unknown (Listed)*
Style: *Darlene Balestreri-Amshein & Anthony J. Balestreri*
Vs. *United States of America*   *Not Texas Appeal Ct.*

Court: Select Appellate Court *5th Circuit (Defendant)*   Docket: *Number Unknown (Listed)*
Style: *Darlene C Balestreri-Amshein*   *Not Texas Appeal Court*
Vs. *La Madeleine Inc.*

Court: Select Appellate Court   Docket:
Style: *Prosperity Bank et al - Pending, Appealable, but*
Vs. *Removed & Remanded   not Appealed Yet (Listed)*

Court: Select Appellate Court   Docket:
Style: *Darlene C. Balestreri-Amshein (Listed)*
Vs. *Attorney Lennie Ballenger, et al Pending & now Appealed in this Court*

Court: Select Appellate Court   Docket:
Style:
Vs. *N/A*

Court: Select Appellate Court   Docket:
Style:
Vs. *N/A*

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program? ☒Yes ☐No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal? ☐ Yes ☒No *Pro Se only*

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines? ☒ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☒Yes ☐No

If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances. *Sent to Court of Appeals May 25, 2018*

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary). *attached Docket Statements (13 pages) No jurisdiction, disqualified by rules, laws, limits Conspiracy, bias, prejudice, conflict of interest Money Extortion, discriminations, denied civil liberties, Hippa Laws, American with Disabilities Federal Court Order disabilities protected class Obstruct of Justice, fraud upon Courts Corruption*

## XV. Signature

_Darlene C. Belistreri Amrhein_  May 28, 2018
Signature of counsel (or Pro Se Party)　　　　Date

_Darlene C. Balistreri-Amrhein_
Printed Name　　　　　　　State Bar No. — none

/s/ Your Name

_____　　　_____
Electronic Signature (Optional)　　　Name

## XVI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

_Darlene C. Balistreri Amrhein_  /s/ Your Name
Signature of counsel (or Pro Se Party)　　　Electronic Signature (Optional)

_Plaintiff, Realtor & Appellant will not serve_  _Inability for exit sensitive date_
State Bar No.

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by the attorney.

Certificate of Service List

**Please enter the following for each person served:**

Date Served: 5-28-2018
Manner Served: Select U.S Post Office
Name: Judge Bender + Court #6
Bar No. ___
Firm Name:
Address 1: 2100 Bloomdale Rd.
Address 2: #30354
City/State/Zip: McKinney, TX 75071
Tel 972-547-1850 Ext. Fax: unknown
Email:
Party: Judge Bender & CC. No 6

Date Served: 5-28-2018
Manner Served: Select U.S. Post Office
Name: Cobb, Martinez, Woodward, et al
Bar No. Several
Firm Name: Same
Address 1: 1700 Pacific Ave #3100
Address 2:
City/State/Zip: Dallas, TX 75201
Tel 214-2205800 Fax: (214) 220-5299
Email: Several E-mails
Party: et al & Attorney thereof, et al.

Date Served: 5-28-2018
Manner Served: Select U.S. Post Office
Name: Attorney Lennie Bollinger et al
Bar No. unknown
Firm Name: Cobb, Martinez, Woodland
Address 1: 1200 Pacific Ave #3100
Address 2: Suite #3100
City/State/Zip: Dallas, TX 75201
Tel (214) 220-5300 Ext. Fax:
Email: Several e mails
Party: et al & Attorneys.

Date Served: 5-28-2018
Manner Served: Select U.S. Post Office
Name: U.S. Eastern Dist Court
Bar No. Unknown
Firm Name: Court (Federal)
Address 1: 7940 Preston Rd
Address 2: #101
City/State/Zip: Plano, TX 75024
Tel (214) 872-4800 Ext. Fax: Fax (214) 872-4811
Email:
Party: Court, Judge Mazzant & Magistrate Nowak

Date Served: 5-28-2018
Manner Served: Select U.S Post Office
Name: Muskat, Mahony, Devine, Greyff + Prosperity Bank, et al
Bar No. Several
Firm Name: Muskat, Mahony et al
Address 1:
Address 2: 1201 Louisiana Street #850
City/State/Zip: Houston, TX 77002
Tel (713) 987-7850 Ext. Fax: Fax (713) 987-7854
Email:
Party: Law firm, Attorneys, Prosperity Bank, et al

*original*

Court of Appeals

May 28, 2018

Fifth District Court

George Allen Building

**RECEIVED**
COURT OF APPEALS

600 Commerce Street, Suite # 200

JUN 0 1 2018

Dallas, TX.  75202-4658

LISA MATZ
CLERK, 5th DISTRICT

Re:  Appellant's Second Docket Statement, Civil Court Docket Form & Affidavit on In Ability To Pay Court Costs & Detailed Information

Dear Court Clerk,

You will find one original & two copies of Appellant's Second Docket Statement, Civil Court Docket Form & Affidavit on In Ability To Pay Court Costs & Detailed Information with one return of each file stamped copies in prepaid envelope provided.

Thank you for your assistance in filing these documents with the Court of Appeals, Fifth District Court of Dallas.

Respectfully submitted,

Darlene C. Balistreri-Amrhein, Realtor / Plaintiff, Pro Se

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

EP14F

U.S. POSTAGE
PAID
MCKINNEY, TX
75070
MAY 29, 18
AMOUNT
**$10.15**
R2305K131432-07

75202

1006



Schedule pac
Print postage
PLEASE PRESS FIRMLY

7016 1970 0001 1779 9900

CERTIFIED MAIL

n/pickup

▲ Pull To Open

# PRIORITY MAIL
**UNITED STATES POSTAL SERVICE**

## Flat Rate
## Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**INTERNATIONAL RESTRICTIONS APPLY:**

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

Customs forms are required. Consult the *International Mail Manual* (IMM) at pe.usps.gov or ask a retail associate for details.

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

082708_PM_EP14F   OCT 2008

## PRIORITY MAIL

**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** D. C. Belastiani-Anshen
118 Wensley Cersale
McKinney, TX. 75071

To/Destinatair

**TO:** Court of Appeals
Fifth District Court
of Dallas
600 Commerce St
George Allen Bldg 380
Dallas, TX 75202-4658

# $ 300

Country of Des

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

Recycled Paper

Darlene C. Babitzen-Abraham
112 Winsley Circle
McKinney, TX 75071

D. C. Babitzen-Abraham
112 Winsley Circle
McKinney, TX 75071

FOREVER USA
PURPLE HEART

FOREVER USA
PURPLE HEART

FOREVER USA
PURPLE HEART

FOREVER U
PURPLE HEART